CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JAN 24 2013
JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

JOHN CARICO on behalf of himself and all others similarly situated,

Plaintiff,

v.

VIRGINIA FUEL CORPORATION, et al.,

Defendants.

Case 2:12-cv-00003-jpj-pms

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon the notice of voluntary dismissal by the plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that the plaintiff's action be and hereby is dismissed without prejudice and stricken from the docket of the Court.

Enter this the 24 day of January, 2013.

Judge

REQUESTED:

/s/ Joseph B. Lyle
Joseph B. Lyle
VA Bar No. 31727
Hale, Lyle& Russell
P. O. Box 274
Bristol, TN 37621-0274
Tel: 423-989-6555
Fax: (423) 989-6550
jlyle@halelyle.com

and

Jack A. Raisner
René S. Roupinian
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Tel: 212-245-1000
Fax: 212-977-4005
JAR@outtengolden.com
RSR@outtengolden.com